UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SMITH<br>9106 Huntington Court, #X-1<br>Laurel, MD 20708<br><br>v.<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION (AMTRAK)<br>30th & Market Street, 2nd Floor<br>Philadelphia, PA 19104 | CIVIL ACTION<br><br>NO.<br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

1. The plaintiff herein is Robert Smith, a citizen and resident of Maryland, residing therein at 9106 Huntington Court, #X-1, Laurel, MD 20708.

2. The action arises under the Act of Congress, April 22, 1908, c. 149, 35 Stat. 65, and amendments thereto, U.S.C.A. Title 45, Sec. 51 et seq., and further amended by the Act of Congress, approved by the President of the United States on August 11, 1939, Chapter 685 - First Session of the 76th Congress, known and cited as "The Federal Employers' Liability Act".

3. Defendant, National Railroad Passenger Corporation (hereinafter referred to as "Amtrak"), is a corporation duly organized and existing under and by virtue of the laws of the District of Columbia with its principle place of business at the above address, and which regularly does business in the Eastern District of Pennsylvania.

4. All the acts alleged to have been done or not to have been done by the Defendant were done or not done by the Defendant, its agents, servants, workmen and/or employees acting in the course and scope of its employment for and on behalf of the Defendant.

5. At all time material hereto, Plaintiff was employed by Defendant.

6. All of the property, equipment and operations involved in the accident herein referred to were owned by and under the control of the Defendant, its agents, servants and/or employees.

7. At the time and place hereinafter mentioned, the acts of omission and commission causing the injuries to the plaintiff were done by the defendant, its agents, servants and/or employees, acting in the course and scope of their employment with and under the control of the defendant.

8. On or about June 27, 2013, and for some time prior thereto, plaintiff was employed by defendant, National Railroad Passenger Corporation, as a operator, and on that date, in the performance of his duties, he was caused to sustain the serious, permanent and painful personal injuries, more particularly hereinafter described, while operating a backhoe that was struck by a train. As a result of the negligence and carelessness of Defendant, Plaintiff sustained physical, mental and emotional injuries hereinafter described.

9. The negligence and carelessness of the Defendant consisted of the following, inter alia:

   a) Failing to provide Plaintiff with a safe place to work;
   b) Failing to provide adequate training;
   c) Failing to warn Plaintiff of the existence of said dangerous conditions;
   d) Failing to provide equipment reasonably safe for working conditions;
   e) Failing to maintain said equipment in a condition which would protect and safeguard the Plaintiff;
   f) Failing to correct the dangerous conditions existing thereon;
   g) Failing to use due care under the circumstances.

10. As a result of the aforesaid, Plaintiff suffered injuries to his neck and back which were treated at Washington Medical Center. In addition, Plaintiff suffers from post traumatic

stress disorder (PTSD) as a result of the collision and near death experience. Plaintiff has been advised that some or all on the above may be permanent in nature.

11. On the day at issue, Plaintiff was removing a timber with a backhoe when a train came unannounced and without warning down the track that he occupied.

12. Plaintiff was in the process of moving the backhoe when he saw the train rapidly approaching his position.

13. Fearing for his life and limbs, Plaintiff attempted to evacuate the backhoe, but the train struck the backhoe's outrigger before he could exit the backhoe.

14. As a result of the aforesaid, Plaintiff has and may hereafter incur a medically determinable physical or mental impairment which prevents Plaintiff from performing all or substantially all of the material acts and duties which constitute his usual and customary daily activities.

15. As a direct result of the defendants' negligence, through their agents, servants, workmen and/or employees, the Plaintiff has been unable to attend to his usual duties and occupations, all of which caused substantial financial loss and all of which may and probably will continue in the future.

16. As a result of the accident herein referred to, plaintiff has suffered a loss and impairment of earnings and earning power and will suffer the same for an indefinite time in the future; has undergone great physical pain and mental anguish and will undergo the same for an indefinite time in the future; has been obliged to and will have to continue to expend large sums of money in the future in an effort to effect a cure of his aforesaid injuries; and has been unable to attend to his usual duties and occupation and will be unable to attend to the same for an indefinite time in the future, all to his great detriment and loss.

WHEREFORE, plaintiff Robert Smith claims of the defendant a sum in excess of ONE HUNDRED SEVENTY FIVE THOUSAND DOLLARS (175,000.00).

KELLER AND GOGGIN, P.C.

<u>/S/James M. Duckworth</u>

JAMES M. DUCKWORTH, ESQUIRE